**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ivoree Malcom, Thomas Bell, Edmond Grisham, and
John Doe, Defendants,

Of whom Thomas Bell is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-002135

———————

Appeal From Anderson County
Tommy B. Edwards, Family Court Judge

———————

Unpublished Opinion No. 2018-UP-239
Submitted May 9, 2018 – Filed June 6, 2018

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

John Marshall Swails, Jr., of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Thomas Bell appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Thus, we affirm the family court's ruling and relieve Bell's counsel.

**AFFIRMED.**[1]

**SHORT, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.